AO 93 (Rev. 12/09) Search and Seizure Warrant

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 16 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of            )
(Briefly describe the property to be searched  )
or identify the person by name and address)    )   Case No. MJ13-454
US Mail Parcel, bearing confirmation number    )
EI991441398US                             )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
(identify the person or describe the property to be searched and give its location):

US Mail Parcel, bearing confirmation number EI991441398US  as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     September 24, 2013
                                                               (not to exceed 14 days)

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___James P. Donohue___ or another WDWA Magistrate Judge.
         (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for _____ days (not to exceed 30).
                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  September 10, 2013
                       3:40                    _____
                                                    Judge's signature

City and state:   Seattle, Washington          James P. Donohue    U.S. Magistrate Judge
                                                    Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ13-454 | 9-10-13  4:30 PM | Postal Inspection Service |

Inventory made in the presence of: Inspector Nelson Rivera

Inventory of the property taken and name of any person(s) seized:

- 6 DVDs
- 130 Oxycodone Pills 30mg each

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-11-13

_Bryce Dahlin_
Executing officer's signature

Bryce Dahlin   Inspector
Printed name and title

## ATTACHMENT A
### Parcel to be searched

One Express Mail parcel addressed to "Saleem Willis, 8640 Fawcett Ave, Tacoma, WA 98444" with a return address of an individual with the initials "M.D." at an address in Oakland, CA, zip code 94619. This parcel is an Express Mail parcel measuring approximately 12.5" x 9.5" with a weight of approximately 11 ounces. This parcel is postmarked September 6, 2013, from zip code 94619, in Oakland, California and carries $19.95 in postage. The delivery confirmation number is EI 991441398 US.

ATTACHMENT A
PARCEL TO BE SEARCHED    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

    a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c. Controlled substance-related paraphernalia;

    d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B
ITEMS TO BE SEIZED

-1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970